# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2461

_____

Gerry C. DuBose,

               Appellant,

    v.

Janet E. Andrews, individually and as
an agent of Hennepin County Medical
Center and Hennepin Faculty
Associates; Ngoci J. Wamuo,
individually and as an agent of
Hennepin County Medical Center and
Hennepin Faculty Associates; Hennepin
County Medical Center; Hennepin
Faculty Associates,

               Appellees.

        \*
        \*
        \*
        \*   Appeal from the United States
        \*   District Court for the
        \*   District of Minnesota.
        \*
        \*   [UNPUBLISHED]
        \*

_____

Submitted: September 12, 2002
Filed: October 2, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Gerry DuBose appeals the district court's[1] dismissal without prejudice of his civil complaint. After careful de novo review, we agree with the district court's conclusion that DuBose's complaint did not state a cause of action actionable in federal court. Further, we find no abuse of discretion in the district court's denial of DuBose's motion for leave to amend his complaint, or in the denial of his postjudgment motion seeking reconsideration of the court's judgment.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.